IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Chapter 13 |
|---|---|
| Sabahuddin Omar Mirza | Case No. 17-04735 |
| Debtor(s). | |

## AGREED ORDER CONDITIONING THE AUTOMATIC STAY

In said District, the 3rd of November, 2017, upon the Motion of Draper & Kramer Mortgage Corp. to Modify the Automatic Stay, due notice having been served upon all parties in interest; the movant and the debtor in agreement with the below terms and the Court having jurisdiction and being fully advised in the premises;

IT IS HEREBY ORDERED that the Automatic Stay shall remain in effect conditioned upon the following:

1. That in the event that debtor becomes delinquent in his post-petition mortgage payments for two or more monthly payments, Draper & Kramer Mortgage Corp. may file and serve on debtor, his counsel, and the Trustee a Notice of Default. Debtor shall have fourteen (14) days from the date of service of said Notice within which to cure the existing default set forth in such Notice.

If debtor fails to make such cure, then on the fourteenth (14) day after service of the Notice, the Automatic Stay in this cause shall be modified for Draper & Kramer Mortgage Corp. to proceed against debtor with foreclosure of the subject property, pursuant to Illinois law, without further order of the Court or proceeding being necessary, and thereafter commence any action necessary to obtain possession of the premises known as 1135 South Summit Avenue, Villa Park, IL 60181.

2. Debtor shall pay a payment of $804.98 per month for each of the next six months beginning with the December 2017 payment in addition to his regular monthly mortgage payment to cure the post petition arrearage of $4829.92, consisting of two monthly payments of $2023.72 due for October 2017 and November 2017, plus fees and costs for this Motion of $831.00, minus credit for partial payment of $48.52. These payments shall also be subject to the conditions of paragraph 1, above.

3. This Order shall become void in the event that this case is converted to Chapter 7, and the Stay shall be modified upon conversion.

/s/Michael Dimand                 /s/Joseph Davidson
Michael Dimand                    Joseph Davidson
Attorney for Creditor             Attorney for Debtors

Entered: _Janet S. Baer_    Date: 11/30/17