IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Sabahuddin Omar Mirza | ) | CASE NO. 17-04735 |
| | ) | |
| | ) | |
| DEBTOR | ) | |

Date: September 6, 2019

## NOTICE OF DEFAULT

To: Sabahuddin Omar Mirza 1135 S. Summit Ave Villa Park, IL 60181
Sulaiman LawGroup, Ltd. 2500 S. Highland Ave Suite 200 Lombard, IL 60148
Glenn B Stearns 801 Warrenville Road Suite 650 Lisle, IL 60532

Please be advised that pursuant to the Order of Court entered November 30, 2017 specifying the manner in which the Automatic Stay may be modified in the event of a two month default, attached hereto, the Automatic Stay will be modified fourteen (14) days from the date of this Notice unless the entire default, currently $14,626.48 post-petition, is paid to Draper and Kramer Mortgage Corporation by certified check or money order payable to Creditor and tendered to the below address on or before September 20, 2019.

Attorney for Draper and Kramer Mortgage Corporation

/s/Michael Dimand
Michael Dimand

I, MICHAEL DIMAND, an attorney, certify that I served the above-named parties by placing a copy of the Notice of Default in an envelope, correctly addressed and mailing same by regular mail, postage pre-paid in the U.S. Mail chute at 125 E. Lake St., Bloomingdale, Illinois before the hour of 5:00 p.m. on September 5, 2019.

/s/Michael Dimand
Michael Dimand

Michael Dimand
The Wirbicki Law Group
33 W. Monroe St., Suite 1540
Chicago, IL 60603
(847) 641-5177

THIS COMMUNICATION IS FROM A "DEBT COLLECTOR" (15 USC 1692a)