IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Sabahuddin Omar Mirza | ) Case No. 17-04735 |
| | ) Chapter 13 |
| | ) |
| DEBTOR | ) |

Date: September 26, 2019

## NOTICE OF TERMINATION OF STAY

To: Sabahuddin Omar Mirza 1135 S. Summit Ave Villa Park, IL 60181
Sulaiman Law Group, Ltd. 2500 S. Highland Ave Suite 200 Lombard, IL 60148
Glenn B Stearns 801 Warrenville Road Suite 650 Lisle, IL 60532

Please be advised that pursuant to the Order of Court entered November 30, 2017 specifying the manner in which the Automatic Stay may be modified in the event of a two month default, and the Notice of Default, dated September 6, 2019, and previously served upon the above parties, the Automatic Stay is hereby modified for Draper & Kramer Mortgage Corporation to proceed against debtor with respect to the property located at 1135 South Summit Avenue, Villa Park, IL 60181.

Attorney for Draper & Kramer Mortgage Corporation

/s/Michael Dimand
Michael Dimand

I, MICHAEL DIMAND, an attorney, certify that I served the above-named parties by placing a copy of the Notice of Termination of Stay in an envelope, correctly addressed and mailing same by regular mail, postage pre-paid in the U.S. Mail chute at 125 E. Lake St., Bloomingdale, Illinois before the hour of 5:00 p.m. on September 26, 2019.

/s/Michael Dimand
Michael Dimand

Michael Dimand
The Wirbicki Law Group
33 W. Monroe St., Suite 1540
Chicago, IL 60603
(847) 641-5177

THIS COMMUNICATION IS FROM A "DEBT COLLECTOR" (15 USC 1692a)